**Opinion issued March 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00049-CV

———————————

**TETRA TECHNOLOGIES, INC., Appellant**

**V.**

**DAVID ALLEMAN AND ALLEMAN CONSULTING LLC, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-66742**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's December 21, 2018 judgment. On July 9, 2019, we granted the unopposed motion to abate filed by appellees, David Alleman and Alleman Consulting LLC, and abated this appeal "pending a trial court determination as to whether the case ha[d] been rendered moot by a binding

compromise settlement agreement." (Internal quotations omitted.) On January 26, 2023, appellant, Tetra Technologies, Inc., filed an unopposed motion to dismiss, requesting that this Court dismiss the appeal and "discharge[] and release[]" Argonaut Insurance Company as surety. *See* TEX. R. APP. P. 42.1(a). The motion also requested that the parties bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). No opinion has issued.

Accordingly, we reinstate the appeal on the Court's active docket. The motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(e). We order that Argonaut Insurance Company is discharged and released as surety. We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.